IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH DOUGHERTY           *
                          *
                          *
   v.                     *      Civil No. – JFM-13-1868
                          *
UNITED STATES MIDDLE DISTRICT OF *
PA, ET AL.                *
                      ******

## MEMORANDUM

Kevin Dougherty, appearing *pro se*, has filed a "Complaint under 42 USC 1983 as against the Middle District of PA and the 3rd Circuit under Monell Principles as to the United States under the Federal Tort Claims Act.

The complaint is rambling and impossible to understand. That itself is a basis for dismissal. Moreover, it appears that the claims asserted by plaintiff are based upon actions taken by judges in the Middle District of Pennsylvania and on the Third Circuit Court of Appeals. It is well established that judges are absolutely immune from liability for actions taken in their official capacities. *See, e.g.*, *Bolin v. Story*, 225 F.3d 1234 (11th Cir. 2000); *Mullis v. United States Bankr. Court for the Dist. Of Nev.*, 828 F.2d 1385 (9th Cir. 1987). *Cf. Antoine v. Byers & Anderson, Inc.*, 508 U.S. 432 (1993); *Mireles v. Waco*, 502 U.S. 9 (1991).

There are a number of other pending motions filed by plaintiff that are without merit. In light of the fact that this action is being dismissed, those motions are denied as moot.


Date: January 9, 2014        __/s/_____
                             J. Frederick Motz
                             United States District Judge

1