IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH DOUGHERTY　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　　　*　　Civil No. – JFM-13-1868
　　　　　　　　　　　　　　　　　　　*
UNITED STATES MIDDLE DISTRICT OF　*
PA, ET AL.　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　******

**ORDER**

For the reasons stated in the memorandum entered herewith, it is, this 9th day of January 2014

ORDERED

1. This action is dismissed because plaintiff has failed to state a claim upon which relief can be granted; and

2. All the other motions pending in this case are denied as moot.


　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　United States District Judge